UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-CR-291-PMP-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DENNIS BRYANT ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#100) on September 18, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CHASE PAYMENTECH SOLUTIONS LLC
Amount of Restitution: $675,571.35

**Total Amount of Restitution ordered: $675,571.35\*\***

\*\*Joint and Several with co-defendants Lonnie Lillard and Byron Brown

Dated this _23_ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE